## State of New York
### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered: November 13, 2014        517396
_____

In the Matter of OMAR SANTOS,
               Petitioner,

     v
                                 MEMORANDUM AND JUDGMENT

BRIAN FISCHER, as Commissioner
    of Corrections and Community
    Supervision, et al.,
               Respondents.
_____

Calendar Date: September 16, 2014

Before: Peters, P.J., Rose, Egan Jr., Lynch and Clark, JJ.

_____

Omar Santos, Gouverneur, petitioner pro se.

Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondents.

_____

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Rose, Egan Jr., Lynch and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court